Action by the city of Geneva against Robert W. Henson and others.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

In re CITY OF MIDDLETOWN. CITY OF MIDDLETOWN, Appellant, v. BENNETT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) In the matter of the application of the city of Middletown for the appointment of commissioners to ascertain the damage caused by the construction of certain dams and reservoirs in the county of Orange. Action by the city of Middletown against Theodore Bennett and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

CITY OF NEW YORK: Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by the city of New York against the American Ice Company. . T. D. Adams, for appellant. T. Connoly, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.

CLARK, Respondent, v. ONONDAGA MFG. & PROMOTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Albert C. Clark against the Onondaga Manufacturing & Promoting Company. No opinion. Judgment and order affirmed, with costs.

CLARKE, Respondent, v. LUYTIES, Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Charles E. Clarke against Herman C. G. Luyties. E. J. McGanney, for appellant. N. Cohen, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

CLEVELAND, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Joseph G. Cleveland against the board of education of the city of New York. No opinion. Motion for leave to appeal to the Court of Appeals denied.

CLOUGH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Catharine Clough against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

CLOUGH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by William Clough against the city of New York. No. opinion. Judgment and order unanimously affirmed, with costs.

COCHRANE et al., Appellants, v. WEST-CHESTER ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Charles H. Cochrane and another against the Westchester Electric Railroad Company. No opinion. Judgment and order of the City Court of Mt. Vernon unanimously affirmed, with costs.

COHEN, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Clara Cohen against the Interurban Street Railway Company. J. Gainsburg, for appellant. B. H. Ames, for respondent. No opinion. Determination and judgment affirmed, with costs. Order filed.

In re COLLYER. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of the accounting of Charles S. Collyer, as administrator of Elizabeth Collyer, deceased. In the matter of the motion of Henry M. Collyer, as administrator of William Edwin Collyer, deceased, that Fanny Collyer, as executrix of Charles S. Collyer, as administrator, pay money into court. No opinion. Order of the Surrogate's Court of Westchester county affirmed, with costs. See 99 N. Y. Supp. 213.

COLLYER v. KRAKAUR. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Charles S. Collyer against Abraham P. Krakaur. No opinion. Application granted. Order signed.

CONANT et al., Appellants, v. AMERICAN RUBBER TIRE CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Charles C. Conant and another against the American Rubber Tire Company. No opinion. Order affirmed, with $10 costs and disbursements.

CONNORS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Rosanna Connors, as, etc., against the Erie Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

CONTINENTAL INS. CO., Respondent, v. NEW YORK GAS & ELECTRIC LIGHT, ETC., CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by the Continental Insurance Company against the New York Gas & Electric Light, etc., Company and others, J. H. Tompkins, for appellants. R. J. Donovan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Charles R. Coon, as, etc.,